Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MARK HOUCK,**<br><br>Defendant. | Case No.: 6:15-cv-00175-AC<br><br>STIPULATED CONSENT JUDGMENT |

STIPULATED CONSENT JUDGMENT

As attested to by the signatures of counsel for the parties below, this matter comes before the Court on the parties' joint stipulation.

Plaintiff Dallas Buyers Club, LLC has filed a Complaint against the defendant in the Oregon district court for copyright infringement, 17 U.S.C. §§101, et seq. for the unlicensed copying, promotion and distribution of plaintiff's motion picture titled *Dallas Buyers Club*, registered with the United States Copyright Office, Registration No. PA 1-873-195, 2013.

After initial discovery, depositions and investigation, defendant originally identified as DOE-24.22.48.230 was affirmatively identified as Mark Houck, of Eugene, Oregon, the proper defendant in this matter.

The parties, after conferral and investigation, now appear through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff Dallas Buyers Club, LLC has valid and enforceable copyrights in the original copyrighted work, *Dallas Buyers Club*, ("motion picture") registered with the United States Copyright Office, No. PA 1-873-195, 2013.
3. Mark Houck is the proper named defendant in this case.
4. Plaintiff and Mark Houck expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, including this stipulation or any other final judgment or orders arising therefrom.
5. The parties further agree and require pursuant to the settlement the below Permanent Injunction be entered against Mark Houck.

PERMANENT INJUNCTION

Mark Houck is hereby PERMANENTLY ENJOINED from directly, contributory or indirectly infringing plaintiff's rights in their motion picture, including without limitation by using the internet to reproduce, copy or publish any plaintiff owned or branded motion pictures, except pursuant to a lawful written license from plaintiff; and

Mark Houck is hereby directed to immediately delete all unlicensed video and audio content in his possession and subject to his control, together with any and all BitTorrent clients on any computer(s) he owns or controls together with all other software used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange.

SO ORDERED, this day: June 22, 2015

_____
United States Magistrate Judge

So Stipulated and Respectfully Submitted:

On Behalf of Defendant:

/s/ Kevin Bons
Kevin W Bons, OSB # 066963
Email: kbons@beckley-law.com
Beckley & Bons PC
1257 High St Ste 2
PO Box 11098
Eugene OR 97440
Phone: 541-683-0888

On Behalf of Plaintiff:

/s/ Carl D. Crowell
Carl D. Crowell, OSB # 982049
email: carl@crowell-law.com
Crowell Law
P.O. Box 923
Salem, OR 97308-0923
Phone: 503-581-1240
Of counsel for plaintiff